UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISREAL CERVANTES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY,<br><br>　　　　　　Respondent. | No. 2:14-cv-2901 JAM KJN P<br><br><br>ORDER |

Petitioner requested an extension of time to file and serve an opposition to respondent's February 25, 2015 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 12) is granted; and

2. Petitioner shall file and serve an opposition within thirty days from the date of this order. Respondent's reply shall be filed seven days thereafter.

Dated: March 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cerv2901.111